ACCEPTED
12-13-00357-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
4/14/2015 8:49:29 AM
CATHY LUSK
CLERK

No. 12-13-00357

| | | |
|---|---|---|
| TOCARRA LOCKETT | § | IN THE TWELFTH COURT OF |
| | § | APPEALS |
| V. | § | |
| | § | |
| | § | |
| THE STATE OF TEXAS | § | |

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
4/14/2015 8:49:29 AM
CATHY S. LUSK
Clerk

## DEFENSE COUNSEL'S CERTIFICATION OF COMPLIANCE WITH TRAP 48.4

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Seth T. Johnson, Attorney for Appellant, and files this Certification of Compliance With Tex. R. App. Proc. 48.4.

I.

Within five days after the opinion was handed down, undersigned counsel sent the defendant a copy of the opinion and judgment, along with notification of the defendant's right to file a pro se petition for discretionary review under Rule 68. This notification was sent certified mail, return receipt requested, to the defendant at his last known address.

II.

The return receipt has not been received. The delay is likely attributable to the fact that defendant is incarcerated at TDCJ, and the attendant administrative delays in mail correspondence with inmates. The purchase receipt for the certified mailing is attached to this certification.

III.

Defendant has actual knowledge of the Court's opinion and won't be appealing the reversal of his conviction. Defense counsel is actively working to have defendant bench warranted to Nacogdoches County to effectuate his release on bond.

STATE OF TEXAS

COUNTY OF NACOGDOCHES

Sworn to and signed before me on this ___14ᵗʰ___ day of ___April___, 2015 by Seth Johnson, personally known to me.

_Jennifer Shahan_____
Jennifer Shahan
Notary Public, State of Texas

SEAL:

JENNIFER RACHELLE SHAHAN
Notary Public, State of Texas
My Commission Expires
October 01, 2018

48.4 Cert.-Lockett

1

Respectfully submitted,

Seth T. Johnson, #24082212
ATTORNEY FOR DEFENDANT
222 North Mound St. #1
Nacogdoches, TX 75961
(P) 936-205-6775
(F) 936-715-3022
johnsondefenselaw@gmail.com

MASTERCARD
::::::::::::::::::::
SALE

TOTAL          $3.51

CUSTOMER COPY

=================================================
Commercial Bank of Texas NA
215 E Main St
Nacogdoches, TX, 75961-5257
486220-B001

03/26/2015                  03:58:30 PM
=================================================

-------------- Sales Receipt --------------

| Product | Sale | Final |
|---------|------|-------|
| Description | Qty | Price |

---

| First-Class Letter | 1 | $0.70 |
| (Expected Delivery Day: Sat 03/28) | | |
| (WOODVILLE, TX 75990) | | |
| (Weight:0 Lb 1.35 Oz) | | |
| Certified | 1 | $3.30 |
| (USPS Certified Mail #) | | |
| (70142870000142869814) | | |
| Return Rcpt | 1 | $2.70 |
| Affixed Postage | 1 | ($4.00) |
| (Affixed Amount:$4.00) | | |

---

| Total | $2.70 |

---

| Credit Card | $2.70 |

For tracking or inquiries go to USPS.com
or call 1-800-222-1811.

Thank you!

Bill#:  1-14430-2-840468-2

Clerk:  SPARE

All sales final on stamps and postage.

CBT's Postal Unit
215 E Main St
Nacogdoches, TX 75961

MASTERCARD
::::::::::::::::::::
SALE

TOTAL          $2.70

CUSTOMER COPY

## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

7014 2870 0001 4286 9814

| Postage | $ .70 |
| Certified Fee | 3.30 |
| Return Receipt Fee (Endorsement Required) | 2.70 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

NACOGDOCHES, TX 75963
Postmark Here
MAR 26 2015
USPS

Sent To

Street & Apt. No.,
or PO Box No.